UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STACY GODSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-01875-SEB-MJD |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On August 14, 2017, the Court issued a Scheduling Order requiring Plaintiff Stacy Godsey to file any brief in support of her appeal on or before October 9, 2017. [Dkt. 12 at 1.] No such brief has ever been filed. On February 27, 2018, the Court issued an Order to Show Cause, requiring Plaintiff Stacy Godsey to show cause, on or before March 20, 2018, why this action should not be dismissed for failure to prosecute. [Dkt. 16.] To date, Plaintiff has failed to show cause why this action should not be dismissed. Consequently, the Magistrate Judge recommends the Court **DISMISS** this action for Plaintiff's failure to prosecute.

Any objections to the Magistrate Judge's Report and Recommendation shall be filed with the Clerk in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), and failure to timely file objections within fourteen days after service shall constitute a waiver of subsequent review absent a showing of good cause for such failure.

Dated: 28 MAR 2018

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

STACY GODSEY
8461 S. 150 W
Columbus, IN 47201

Kathryn E. Olivier
UNITED STATES ATTORNEY'S OFFICE
kathryn.olivier@usdoj.gov